IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02084-ZLW-MJW

EMILY HEIDE,

Plaintiff(s),

v.

APOLLO CREDIT AGENCY, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Pursuant to counsel for the plaintiff on January 11, 2010, the parties have reached a settlement.  It is HEREBY ORDERED that the parties shall submit their written Joint Stipulated Motion for Dismissal to Senior District Judge Weinshienk on or before February 11, 2010.

      It is FURTHER ORDERED that the Settlement Conference set on January 11, 2010, at 1:30 p.m., is VACATED.

Date:  January 11, 2010