IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02084-ZLW-MJW

EMILY HEIDE,

Plaintiff(s),

v.

APOLLO CREDIT AGENCY, INC.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Notice of Withdrawing Notice of Settlement and Request to Reinstate Case to the Court's Active Docket (docket no. 20) is GRANTED.

It is FURTHER ORDERED that this case is set for a Rule 16 Scheduling Conference on March 23, 2010, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.

Date:  February 12, 2010