IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02084-ZLW-MJW

EMILY HEIDE,

    Plaintiff,

v.

APOLLO CREDIT AGENCY, INC.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with the Stipulation of Dismissal with Prejudice (Doc. 24), It is

ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, each party to pay their own attorney's fees and costs.

DATED at Denver, Colorado this 3rd day of March, 2010.

                BY THE COURT:

                *Zita Leeson Weinshienk*
                _____
                ZITA LEESON WEINSHIENK, Senior Judge
                United States District Court